

ORIGINAL

N w/o to Judge

# IN THE UNITED STATE DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| LIQUID MOTORS, INC. | § | |
| | § | |
| | § | CAUSE NO. 3:09-cv-0611-N |
| v. | § | |
| | § | |
| ALLYN LYND AND | § | |
| UNITED STATES OF AMERICA | § | |

## NOTICE AND AGREED MOTION FOR VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE

Liquid Motors, Inc. ("Liquid Motors") files this Notice and Agreed Motion for Voluntary Dismissal Without Prejudice and respectfully shows the Court as follows:

1. Liquid Motors filed its Original Complaint and Application for Temporary Restraining Order on April 2, 2009.

2. Liquid Motors filed a First Amended Complaint, Application for Temporary Restraining Order on April 3, 2009.

3. Neither Defendant Allyn Lynd nor Defendant United States of America has filed an answer or motion for summary judgment in this case.

4. This is the first time Liquid Motors has sought to dismiss any federal- or state-court action based on the claims asserted in its Original Complaint or First Amended Complaint.

1

5.   Pursuant to Federal Rule of Civil Procedure 41(a)(1), Liquid Motors hereby moves to voluntarily dismiss its claims against Defendants Allyn Lynd and the United States of America without prejudice to its right to refile, at a later date, a new lawsuit asserting any and all claims arising from, or related to, the acts complained of in the above-captioned action, against any Defendant named herein or any additional as-yet unnamed defendants.

Respectfully submitted,

_____
Matthew R. Stammel
  State Bar No. 24010419
Frank C. Brame
  State Bar No. 24031874
Michelle S. Spak
  State Bar No. 24051363
Vinson & Elkins LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX 75201-2975
Telephone:   (214) 220-7700
Facsimile:   (214) 220-7716

*Attorneys for Plaintiff Liquid Motors, Inc.*

Agreed:

_____
Katherine Savers McGovern
  State Bar No. 13638020
Assistant United States Attorney
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Telephone:   (214) 659-8600
Facsimile:   (214) 767-2916

*Attorney for Defendants Allyn Lynd and United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that, on the 28TH day of April, 2009, I caused a true and correct copy of this filing to be sent by U.S. Mail and email to the United States Attorneys' Office of the Northern District of Texas.

_____
Matthew R. Stammel

Dallas 1555793v.1

3