**IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| LIQUID MOTORS, INC. | § | |
| | § | |
| | § | CAUSE NO. 3:09-cv-0611-N |
| v. | § | |
| | § | |
| ALLYN LYND AND | § | |
| UNITED STATES OF AMERICA | § | |

**ORDER ON NOTICE AND AGREED MOTION FOR
VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Having considered Liquid Motors, Inc.'s ("Liquid Motors") Notice and Agreed Motion for

Voluntary Dismissal Without Prejudice ("Motion for Voluntary Dismissal Without Prejudice"), the

Court has determined that the Motion for Voluntary Dismissal is GRANTED.  IT HERE HEREBY

ORDERED, ADJUDGED, and DECREED that the case of *Liquid Motors, Inc. v. Allyn Lynd and*

*United States of America*, Cause No. 3:09-cv-0611-N, pending in the Dallas Division of the United

States District Court for the Northern District of Texas, is dismissed without prejudice to Liquid

Motors' right to refile a new action asserting any claims related to the acts complained of in the

above-captioned lawsuit.

Signed May 1, 2009.

_____
David C Godbey
United States District Judge

1